**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

IN RE:                                        Case No. 1:26-bk-00988-HWV
                                                        Chapter 13

Tarence C Jones

Debtor(s).

### <u>NOTICE OF APPEARANCE</u>

**Carrington Mortgage Services, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                                        By:    <u>/s/ Steven K. Eisenberg</u>
                                                 Steven K. Eisenberg, Esquire
                                                 Bar No: 75736
                                                 Stern & Eisenberg, PC
                                                 1581 Main Street, Ste. 200
                                                 The Shops at Valley Square
                                                 Warrington, PA 18976
                                                 Phone: 215-572-8111
                                                 Fax: 215-572-5025
                                                 seisenberg@sterneisenberg.com
                                                 Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 15th day of April, 2026, to the following:

Michael S Travis
3904 Trindle Road
Camp Hill, PA 17011
Mtravislaw@comcast.net
***Attorney for Debtor(s)***

Jack N Zaharopoulos
Standing Chapter 13
8125 Adams Drive
Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***

Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
123@gmail.com
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Tarence C Jones
25 Glenview Circle
Dillsburg, PA 17019

***Debtor(s)***

         By:    _/s/ Steven K. Eisenberg_
                Steven K. Eisenberg, Esquire