# Earnings Statement

**ADP**®

*NAPA TRANSPORTATION,INC.*
*4800 EAST TRINDLE ROAD*
*MECHANICSBURG,    PA  17050*

| | |
|---|---|
| Period Beginning: | 04/19/2026 |
| Period Ending: | 04/25/2026 |
| Pay Date: | 05/01/2026 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**TARENCE  JONES**
**25  GLENVIEW  CIRCLE**
**DILLSBURG, PA  PA  17019**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1057.69 | 40.00 | 1,057.69 | 19,038.42 |
| Overtime | | | | 2,181.49 |
| **Gross Pay** | | | **$1,057.69** | 21,219.91 |

## Deductions

| Deductions | Statutory | | |
|---|---|---|---|
| | Social  Security  Tax | -63.28 | 1,274.29 |
| | Medicare  Tax | -14.80 | 298.02 |
| | PA  State  Income  Tax | -31.33 | 630.93 |
| | Franklintown  Income  Tax | -12.76 | 256.94 |
| | Hampden  Twp  Local  Svc  Tax | -1.00 | 18.00 |
| | PA  SUI  Tax | -0.74 | 14.85 |
| | Federal  Income  Tax | | 168.82 |
| | **Other** | | |
| | Dental-125 | -3.00* | 54.00 |
| | Medical-125 | -32.28* | 581.04 |
| | Vision-125 | -1.77* | 31.86 |
| | 401K | -21.15* | 329.21 |
| | **Net Pay** | **$875.58** | |
| | Checking  1 | -708.58 | |
| | Checking  2 | -167.00 | |
| | **Net Check** | **$0.00** | |

**\* Excluded  from  federal  taxable  wages**
   Your  federal  taxable  wages  this  period  are  $999.49

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl  Hrs  Worked | 40.00 | |

### Important Notes

BASIS  OF  PAY: SALARY

---

*NAPA  TRANSPORTATION, INC.*
*4800  EAST  TRINDLE  ROAD*
*MECHANICSBURG,  PA  17050*

| | |
|---|---|
| Advice number: | 00000180280 |
| Pay  date: | 05/01/2026 |

Deposited  to  the  account  of
**TARENCE  JONES**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxxx1557 | xxxx  xxxx | $708.58 |
| xxxxxxxx8307 | xxxx  xxxx | $167.00 |

## NON-NEGOTIABLE

THIS IS NOT A CHECK

# Earnings  Statement

*NAPA  TRANSPORTATION,INC.*
*4800  EAST  TRINDLE  ROAD*
*MECHANICSBURG,     PA  17050*

Period  Beginning:          04/12/2026

Filing Status: Single/Married   filing separately
Exemptions/Allowances:

**TARENCE   JONES**
**25  GLENVIEW  CIRCLE**
**DILLSBURG,  PA  PA  17019**

|  | rate | salary/hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 1057 69 | 40 00 | 1 057 69 | 17 980 73 |
| Overtime |  |  |  | 2 181 49 |
|  |  |  |  | 20 162 22 |

| | this period | year to date |
|---|---|---|
| Social Security Tax | -63 28 | 1 211 01 |
| Medicare Tax | -14 80 | 283 22 |
| PA State Income Tax | -31 33 | 599 60 |
| Franklintown Income Tax | -12 76 | 244 18 |
| Hampden Twp Local Svc Tax | -1 00 | 17 00 |
| PA SUI Tax | -0 74 | 14 11 |
| Federal Income Tax | | 168 82 |

**Other  Benefits  and**

|  | this  period | total  to  date |
|---|---|---|

BASIS OF PAY: SALARY

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT
DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

2000 ADP  Inc.

**Advice  number:**          00000170281
Pay  date:                04/24/2026

**Deposited   to  the  account  of**

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxxxx1557 | xxxx  xxxx | $875 58 |
| | xxxxxxxx8307 | xxxx  xxxx | $0 00 |

# NON-NEGOTIABLE

# Earnings Statement

*NAPA TRANSPORTATION,INC.*
*4800 EAST TRINDLE ROAD*
*MECHANICSBURG,    PA 17050*

Period Beginning:      04/05/2026

Filing Status: Single/Married   filing separately
Exemptions/Allowances:

**TARENCE JONES**
**25 GLENVIEW CIRCLE**
**DILLSBURG, PA  PA  17019**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1057 69 | 40 00 | 1 057 69 | 16 923 04 |
| Overtime | | | | 2 181 49 |
| | | | | 19 104 53 |

| | | this period | total to date |
|---|---|---|---|
| Other Benefits and | | | |

BASIS OF PAY: SALARY

| | this period | year to date |
|---|---|---|
| Social Security Tax | -63 28 | 1 147 73 |
| Medicare Tax | -14 80 | 268 42 |
| PA State Income Tax | -31 33 | 568 27 |
| Franklintown Income Tax | -12 76 | 231 42 |
| Hampden Twp Local Svc Tax | -1 00 | 16 00 |
| PA SUI Tax | -0 74 | 13 37 |
| Federal Income Tax | | 168 82 |

2000 ADP, Inc.

Advice number:      00000160283
Pay date:           04/17/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx1557 | xxxx xxxx | $875 58 |

## NON-NEGOTIABLE

# Earnings Statement

NAPA  TRANSPORTATION,INC.
4800 EAST  TRINDLE  ROAD
MECHANICSBURG,    PA  17050

Period  Beginning:        03/29/2026

Filing Status: Single/Married   filing  separately
Exemptions/Allowances:

TARENCE  JONES
25  GLENVIEW  CIRCLE
DILLSBURG, PA  PA  17019

| | rate | salary/hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 1057 69 | 40 00 | 1 057 69 | 15 865 35 |
| Overtime | 39 6634 | 11 00 | 436 30 | 2 181 49 |
| | | | | 18 046 84 |

| Other  Benefits  and | this  period | total  to  date |
|---|---|---|
| | | |

BASIS  OF  PAY:  SALARY

| | this period | year to date |
|---|---|---|
| Social  Security  Tax | -90 33 | 1 084 45 |
| Medicare  Tax | -21 12 | 253 62 |
| PA State  Income  Tax | -44 73 | 536 94 |
| Franklintown  Income  Tax | -18 21 | 218 66 |
| Hampden  Twp  Local  Svc  Tax | -1 00 | 15 00 |
| PA SUI  Tax | -1 04 | 12 63 |
| Federal  Income  Tax | | 168 82 |

2000 ADP  inc.

Advice  number:        00000150279
Pay  date:              04/10/2026

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxxxx1557 | xxxx  xxxx | $1  250  63 |

# NON-NEGOTIABLE

CO.     FILE     DEPT.     CLOCK   VCHR.  NO.

# Earnings Statement

NAPA  TRANSPORTATION,INC.
4800 EAST TRINDLE ROAD
MECHANICSBURG,     PA 17050

Period  Beginning:       03/22/2026

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

**TARENCE  JONES**
**25  GLENVIEW  CIRCLE**
**DILLSBURG, PA  PA  17019**

16  552  85

Your  federal  taxable  wages  this  period  are
$2 282 20

**Other  Benefits  and**

| | this   period | total   to date |
|---|---|---|
| | | |

-168  82          168  82

2000 ADP  Inc.

00000140281
04/03/2026

Deposited  to the account  of                                    account  number      transit  ABA                    amount
$1  661  87

# NON-NEGOTIABLE

# Earnings Statement

*NAPA  TRANSPORTATION,INC.*
*4800  EAST  TRINDLE  ROAD*
*MECHANICSBURG,     PA  17050*

Period  Beginning:         03/15/2026

Filing Status: Single/Married   filing  separately
Exemptions/Allowances:

**TARENCE  JONES**
**25  GLENVIEW  CIRCLE**
**DILLSBURG, PA  PA  17019**

|  | rate | salary/hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 1057 69 | 40 00 | 1 057 69 | 13 749 97 |
| Overtime |  |  |  | 436 30 |
|  |  |  |  | 14 186 27 |

| | this  period | total  to  date |
|---|---|---|
| **Other  Benefits  and** | | |

BASIS  OF  PAY: SALARY

| | | year to date |
|---|---|---|
| Social  Security  Tax | -63 28 | 849 69 |
| Medicare  Tax | -14 80 | 198 72 |
| PA  State  Income  Tax | -31 33 | 420 69 |
| Franklintown  Income  Tax | -12 76 | 171 33 |
| Hampden  Twp  Local  Svc  Tax | -1 00 | 13 00 |
| PA  SUI  Tax | -0 74 | 9 93 |

YOUR  BANK  WAS  NOTIFIED  OF  YOUR  REQUEST  FOR  DIRECT
DEPOSIT.  IT WILL  BEGIN  AFTER  ACCOUNT  VERIFICATION.

2000 ADP  Inc.

**Advice  number:**          **00000130278**
Pay  date:                        03/27/2026

**Deposited   to  the  account  of**

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxxxx1557 | xxxx  xxxx | $875 58 |
| | xxxxxxxx8307 | xxxx  xxxx | $0 00 |

# NON-NEGOTIABLE

# Earnings  Statement

NAPA  TRANSPORTATION,INC.
4800  EAST  TRINDLE  ROAD
MECHANICSBURG,    PA  17050

Period  Beginning:        03/08/2026

Filing Status: Single/Married   filing  separately
Exemptions/Allowances:

TARENCE  JONES
25  GLENVIEW  CIRCLE
DILLSBURG, PA  PA  17019

| | rate | salary/hours | this  period | year  to  date | Other  Benefits  and | this  period | total  to  date |
|---|---|---|---|---|---|---|---|
| Regular | 1057 69 | 40 00 | 1 057 69 | 12 692 28 | | | |
| Overtime | | | | 436 30 | | | |
| | | | ▮▮▮▮▮▮ | 13 128 58 | | | |

BASIS OF PAY: SALARY

| | this period | year to date |
|---|---|---|
| Social  Security  Tax | -63 28 | 786 41 |
| Medicare  Tax | -14 80 | 183 92 |
| PA  State  Income  Tax | -31 33 | 389 36 |
| Franklintown  Income  Tax | -12 76 | 158 57 |
| Hampden  Twp  Local  Svc  Tax | -1 00 | 12 00 |
| PA  SUI  Tax | -0 74 | 9 19 |

2000 ADP, Inc.



Advice  number:        00000120287
03/20/2026

| transit   ABA | amount |
|---|---|
| XXXX  XXXX | $875  58 |

-NEGOTIABLE

# Earnings Statement

*NAPA TRANSPORTATION,INC.*
*4800 EAST TRINDLE ROAD*
*MECHANICSBURG, PA 17050*

Period Beginning:     03/01/2026

Filing Status: Single/Married   filing separately
Exemptions/Allowances:

**TARENCE JONES**
**25 GLENVIEW CIRCLE**
**DILLSBURG, PA PA 17019**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1057 69 | 29 00 | 1 057 69 | 11 634 59 |
| Vacation | | 11 00 | | |
| Overtime | | | | 436 30 |
| | | | | 12 070 89 |

| | this period | year to date |
|---|---|---|
| Social Security Tax | -63 28 | 723 13 |
| Medicare Tax | -14 80 | 169 12 |
| PA State Income Tax | -31 33 | 358 03 |
| Franklintown Income Tax | -12 76 | 145 81 |
| Hampden Twp Local Svc Tax | -1 00 | 11 00 |
| PA SUI Tax | -0 74 | 8 45 |

Other Benefits and

this period      total to date

BASIS OF PAY: SALARY

2000 ADP Inc.



Advice number:      **00000110288**
03/13/2026

| transit  ABA | amount |
|---|---|
| XXXX  XXXX | $875 58 |

**-NEGOTIABLE**