**LOCAL BANKRUPTCY FORM 2016-2(c)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **Terance C. Jones** | : | |
| | : | **CASE NO. 1-26-bk-0988** |
| **DEBTORs** | : | |

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R 2016-2(c) | |
| 1. Amount agreed to by Debtor | $5,000.00 |
| 2. Less amount paid to Attorney prior to filing petition | 1,453.00 |
| 3. Balance of compensation to be paid through plan | $3,547.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $    0.00 |

| | |
|---|---|
| **B.** Compensation and reimbursement allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | |
| 3. Expenses reimbursed prepetition | |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C § 503(b)(2) in the following amount based on the information above: | $3,547 |

5/6/26                    /s/ Michael S. Travis
Dated: _____      _____

                          Michael S. Travis, Attorney for Debtor

11