UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              :
TARENCE C. JONES,                                   :
       Debtor                                      :    CHAPTER 13
                                                    :
   JACK N. ZAHAROPOULOS                              :
   STANDING CHAPTER 13 TRUSTEE                       :
       Movant                                    :    CASE NO.  1:26-BK-00988-HWV
                                                    :
TARENCE C. JONES,                                   :
       Respondent                                  :

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 21st day of May 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.      Debtor(s)' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtor has access to non-exempt equity in the following:

     a.  Property held as tenants by the entireties to the extent of joint claims.

2.      Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

     a.  Debtor(s) has not provided to Trustee a copy of Debtor(s)' credit report.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

     a.  Deny confirmation of Debtor(s)' Plan.
     b.  Dismiss or convert Debtor(s)' case.
     c.  Provide such other relief as is equitable and just.

                 Respectfully submitted:
                 Jack N. Zaharopoulos
                 Standing Chapter 13 Trustee
                 8125 Adams Drive, Suite A
                 Hummelstown, PA 17036
                 (717) 566-6097
            BY: /s/ Agatha R. McHale
                 Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 21ˢᵗ day of May 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:


MICHAEL S. TRAVIS, ESQUIRE
3904 TRINDLE ROAD
CAMP HILL, PA 17011-


/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee