IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
TARENCE C JONES, : CHAPTER 13
    Debtor :
     :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
     :
    vs. : CASE NO. 1:26-BK-00988-HWV
     :
TARENCE C JONES, :
    Respondent :

## TRUSTEE'S MOTION TO DISMISS CASE
## IN ACCORDANCE WITH §§ 1307 AND 1326

AND NOW, on July 1, 2026, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the

Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and moves this

Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the

following reasons:

1.    On April 10, 2026, Debtor filed a Petition under Chapter 13 of the Bankruptcy

Code. (ECF No. 1).

2.    Debtor was therefore required to commence payments on or before May 10, 2026.

3.    Debtor filed the Chapter 13 Plan on May 6, 2026, citing payments which were to

have commenced in May 2026 in the amount of $560.00 to be paid to the Trustee monthly. (ECF

No. 19).

4.    As of the date of this filing, Debtor has not yet commenced payments.

5.    Accordingly, the Trustee believes and therefore avers Debtor has failed and/or

refused to make payments.

6. Pursuant to § 1326(a)(1), "unless the court orders otherwise, the debtor shall commence making payments no later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier, in the amount- (A) proposed by the plan to the trustee."

7. Pursuant to § 1307(c)(1), the court may dismiss a case for unreasonable delay by the debtor that is prejudicial to creditors. The Debtor's failure to commence payments here is prejudicial to creditors.

8. Finally, pursuant to §1307(c)(4), the court may dismiss a case for failure to commence payments under §1326.

WHEREFORE, the Trustee respectfully requests that this Honorable Court dismiss the case in accordance with §§ 1307 and 1326 and grant any further relief that is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Douglas R. Roeder
Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : 
TARENCE C JONES, : CHAPTER 13
     Debtor : 
   : 
JACK N. ZAHAROPOULOS : 
STANDING CHAPTER 13 TRUSTEE : 
     Movant : 
   : 
     vs. : CASE NO. 1:26-BK-00988-HWV
   : 
TARENCE C JONES, : 
     Respondent : 

## **NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania filed a Motion to Dismiss on July 1, 2026.

If you object to the relief requested, you must file your objection/response on or before July 15, 2026, with the Clerk of Bankruptcy Court Sylvia H. Rambo United States Courthouse, Bankruptcy Courtroom 4B, 4th Floor, 1501 North 6th Street, Harrisburg, PA 17102 and serve a copy on Jack N. Zaharopoulos, Standing Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036.

A hearing has been scheduled at:

     Sylvia H. Rambo United States Courthouse     Date: July 29, 2026
     Bankruptcy Courtroom 4B, 4th Floor     Time: 9:35 AM
     1501 North 6th Street
     Harrisburg, PA 17102

and will be held regardless of any objections or responses having been filed.

     Respectfully submitted,

Date: July 1, 2026

     /s/ Douglas R. Roeder, Esquire
     ID: 80016
     Jack N. Zaharopoulos
     Standing Chapter 13 Trustee
     8125 Adams Drive, Suite A
     Hummelstown, PA 17036
     Phone: (717) 566-6097
     Email: info@pamd13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| TARENCE C JONES, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | CASE NO. 1:26-BK-00988-HWV |
| | : | |
| TARENCE C JONES, | : | |
| Respondent | : | |

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that I am more than 18 years of age and that on July 1, 2026, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

MICHAEL S TRAVIS
3904 TRINDLE ROAD
CAMP HILL, PA 17011

UNITED STATES TRUSTEE
PO BOX 302
1501 NORTH 6TH STREET
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>

TARENCE C JONES
25 GLENVIEW CIRCLE
DILLSBURG, PA 17019

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 1, 2026

/s/ Ashley Schott
Office of the Standing
Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone:(717)566-6097
Email: info@pamd13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| TARENCE C JONES, | : | CHAPTER 13 |
|     Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |
| | : | |
|     vs. | : | CASE NO. 1:26-BK-00988-HWV |
| | : | |
| TARENCE C JONES, | : | |
|     Respondent | : | |

## **ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application